UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

RONALD F. GREENSPAN in his capacity as
COURT-APPOINTED RECEIVER for the
RECEIVERSHIP ENTITY, including
AEQUITAS CAPITAL MANAGEMENT, INC.,
an Oregon Corp,

        Plaintiff,

vs.

WILLIAM CORBETT, an individual; and JOHN
DOES 1-10,

        Defendant.

Case No. **3:21-cv-1015-HZ**

AFFIDAVIT OF SERVICE

STATE OF CALIFORNIA
COUNTY OF MONTEREY      ss.

I, John DiCarlo, being first duly sworn, depose and say that I am a competent person 18 years of age or older, a resident of the STATE OF CALIFORNIA and that I am not a party to nor an attorney for any party in the within named action; that I made service of a true copy of:

*Summons in a Civil Case and Complaint; Civil Case Assignment Order; Discovery and Pretrial Scheduling Order; Discovery Agreement; Magistrate Consent Form; Civil Case Management Time Schedules; Notice of Judicial Reassignment*

Upon **WILLIAM CORBETT**, by delivering such true copy at the dwelling house or usual place of abode of WILLIAM CORBETT, to-wit: 1579 Griffin Road, Pebble Beach, CA 93953-3502, to Mary Corbett, who is a person 14 years of age or older residing in the dwelling house or usual place of abode of William Corbett on September 08, 2021 at 7:00 PM.

I declare under the penalty of perjury that the above statement is true and correct.

SUBSCRIBED AND SWORN BEFORE ME
this 14 day of September, 2021
by John DiCarlo.

X_____
John DiCarlo, Reg. #33, Monterey County
Nationwide Process Service, Inc.
1201 S.W. 12th Avenue, Suite 300
Portland, OR 97205
503-241-0636

Notary Public



K. SIGALA
Notary Public - California
Monterey County
Commission # 2344697
My Comm. Expires Feb 1, 2025



*355170*