IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

AEQUITAS CAPITAL MANAGEMENT, INC.,

           Plaintiff(s),

   v.

WILLIAM CORBETT, et al.,

           Defendant(s).

Civil No. 03:21-cv-01015-JR

**ORDER OF DISMISSAL**

IT IS ORDERED that Plaintiff's Motion to Dismiss [8] is GRANTED and this action is DISMISSED.  Pending motions, if any, are DENIED AS MOOT.

Dated this 22nd day of April, 2022.

        by   /s/ Jolie A. Russo
                Jolie A. Russo
                United States Magistrate Judge